# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145077

BRP ACQUISITION GROUP, INC., d/b/a
BLACK RIVER PLASTICS, BLACK RIVER
COMPANIES RO, S.R.L., BLACK RIVER
CHIMPLAST, S.R.L., PETER H. MYTNYK,
and MARIA FAYE CABALLERO,
      Plaintiffs-Appellees,

v

DAN LEUCIUC, VOICHITA I. LEUCIUC,
SERGIU NICOARA, and ALSECA, L.L.C.,
      Defendants-Appellants.
_____/

SC: 145077
COA: 301734
Macomb CC: 2010-002004-CK

      On order of the Court, the application for leave to appeal the March 27, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

d0827